# Exhibit "A"

# LaMonica Herbst & Maniscalco, LLP

3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793

516-826-6500

Invoice submitted to:
Salvatore LaMonica as Sub Ch V TT


Invoice Date: April 16, 2024
In Reference To: Rachel One Holding
             Case NO. 23-42184
Invoice # 28590

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| Case Administration | | | | |
| 08/21/23 | SL | Review Creditors motion to vacate stay, Amended Schedules and Debtors opposition to motion to vacate stay | 0.60<br>675.00/hr | 405.00 |
|  | SL | Review and execute Verified statement accepting appointment as Sub V Trustee | 0.30<br>675.00/hr | NO CHARGE |
| 09/05/23 | SL | Telephone call with Karam Dahiya re issues raised by secured creditor | 0.20<br>675.00/hr | 135.00 |
|  | SL | Review Secured Creditors reply to Debtors opposition | 0.30<br>675.00/hr | 202.50 |
|  | SL | Review petition schedules and SOFA, Monthly operating report and Debtors affidavits re preparation for motion on Creditors motion to vacate stay | 1.00<br>675.00/hr | 675.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 09/05/23 | SL | Attend hearing on initial case conference and Motion to vacate stay | 1.60<br>675.00/hr | 1,080.00 |
|  | SL | Telephone call with KAram Dahiya re Secured creditor motion to vacate the stay and supplement in support | 0.20<br>675.00/hr | 135.00 |
|  | SL | Review additional documents received from Dahiya re preparation for hearing on motion to vacate stay | 0.40<br>675.00/hr | 270.00 |
| 09/11/23 | SL | Review E-Mails to and from Aviva Francis and Dahiya re follow up to document request. | 0.10<br>675.00/hr | 67.50 |
| 09/12/23 | SL | Review and respond to Nazar Khordorofsky email re adjournment of 341 meeting | 0.10<br>675.00/hr | 67.50 |
|  | SL | Review application and proposed order to retain Dahiya law offices | 0.20<br>675.00/hr | 135.00 |
| 09/18/23 | SL | Review Notes in preparation for 341 meeting | 0.30<br>675.00/hr | 202.50 |
|  | SL | Attend 341 Meeting | 1.80<br>675.00/hr | 1,215.00 |
| 09/19/23 | SL | Review Aviva Francis email re Insurance invoice | 0.10<br>675.00/hr | 67.50 |
| 09/21/23 | SL | Review E-Mails to and from Francis and Dahiya re status of insurance on property | 0.10<br>675.00/hr | 67.50 |
| 09/27/23 | SL | Review E-Mails to and from Karam Dahiya re adjournment of hearing and Insurance and Joint Venture agreement | 0.20<br>675.00/hr | 135.00 |
|  | SL | Review Joint Venture agreement with Kiss Entertainment | 0.30<br>675.00/hr | 202.50 |
| 10/10/23 | SL | Review E-Mails to and from Dahiya and Francis re adequate protection payments | 0.10<br>675.00/hr | 67.50 |
| 10/11/23 | SL | Review Aviva Francis letter requesting hearing date | 0.10<br>675.00/hr | 67.50 |

|            |    |                                                                                                                                      | Hrs/Rate        | Amount   |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 10/13/23   | SL | Review E-Mails to and from Court and Parties re scheduling adjourned hearing                                                         | 0.10 675.00/hr  | 67.50    |
| 10/26/23   | SL | Review Docket, recent filings and emails re status of communications with Secured Creditor                                           | 0.30 675.00/hr  | 202.50   |
|            | SL | Telephone call to Karam Dahiya 2x re secured creditor motion to vacate stay                                                          | 0.10 675.00/hr  | 67.50    |
|            | SL | Telephone call with Aviva Francis re status of motion to vacate stay, Debtor deficiencies unpaid Real estate Taxes and possible terms of resolution | 0.40 675.00/hr  | 270.00   |
| 11/01/23   | SL | Attend adjourned status conference and Motion to vacate stay                                                                         | 2.50 675.00/hr  | 1,687.50 |
| 11/03/23   | SL | Review Courts Order to show cause re hearing on conversion to chapter 7                                                              | 0.10 675.00/hr  | 67.50    |
| 11/14/23   | SL | Telephone call with Avrum Rosen re substitution in as counsel and Case strategy                                                      | 0.30 675.00/hr  | 202.50   |
|            | SL | Review Debtors Opposition to motion to vacate stay                                                                                   | 0.30 675.00/hr  | 202.50   |
| 11/15/23   | SL | Attend Adjourned Case management conference and adjourned motion to vacate stay                                                      | 2.00 675.00/hr  | 1,350.00 |
| 11/21/23   | SL | E-Mails to and from Avrum Rosen re treatment of Admin claims                                                                         | 0.10 675.00/hr  | 67.50    |
|            | SL | Email Avrum Rosen re issues re payment of post petition retainer                                                                     | 0.30 675.00/hr  | 202.50   |
|            | SL | Review Avrum Rosen application to be retained and to approve payment of post petition retainer                                       | 0.40 675.00/hr  | 270.00   |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/28/23 | SL | Review E-Mails to and from Avrum Rosen and Aviva Francis re settlement discussions | 0.20<br>675.00/hr | 135.00 |
| 11/29/23 | SL | Telephone call with Avrum Rosen re negotiations with Lender and | 0.40<br>675.00/hr | 270.00 |
| 12/01/23 | SL | Review Avrum Rosen Status letter | 0.10<br>675.00/hr | 67.50 |
| | SL | Review Debtors amended Schedules | 0.20<br>675.00/hr | 135.00 |
| | SL | Review applications to retain appraiser and special counsel | 0.30<br>675.00/hr | 202.50 |
| 12/08/23 | SL | Attend hearing on status conference and adjourned motion to vacate stay | 2.00<br>675.00/hr | 1,350.00 |
| | SL | Telephone call with Avrum Rosen re review of discussions with lender, preparation for status and escrow for admin claims | 0.30<br>675.00/hr | 202.50 |
| 12/28/23 | SL | Review Dahiya motion for retention | 0.20<br>675.00/hr | 135.00 |
| 01/10/24 | MF | Review motion and limited objection to Dahiya's motion for nunc pro retention as counsel to the Debtor | 0.50<br>625.00/hr | 312.50 |
| | MF | Attend Court hearing on Dahiya's motion for nunc pro tunc retention as counsel to the Debtor | 0.70<br>625.00/hr | 437.50 |
| 01/19/24 | SL | Review Debtors reply to opposition to retain special RE Litigation Counsel | 0.20<br>675.00/hr | 135.00 |
| 01/23/24 | SL | Telephone call with Avrum Rosen re valuation of Property, Case Strategy and hearing on retention of special real estate counsel | 0.40<br>675.00/hr | 270.00 |
| 01/31/24 | SL | Review E-Mails to and from Aviava Francis and Debtors counsel re adequate protection issues | 0.10<br>675.00/hr | 67.50 |

|            |    |                                                                                   | Hrs/Rate        | Amount     |
|------------|----|-----------------------------------------------------------------------------------|-----------------|------------|
| 02/13/24   | SL | Review Jacqulyn Loftin draft statement in support of Special Counsel fee applications | 0.20<br>675.00/hr | 135.00    |
| 02/14/24   | SL | Review Avrum Rosen email re appraisal of property and issues with same            | 0.10<br>675.00/hr | 67.50     |
| 02/15/24   | SL | E-Mails to and from Avrum Rosen and Aviva Francis re scheduling Mediation session | 0.10<br>675.00/hr | 67.50     |
|            | SL | Attend Status conferences and Secured creditors motion to Vacate Stay             | 2.00<br>675.00/hr | 1,350.00  |
| 02/28/24   | SL | E-Mails to and from Avrum Rosen and Aviva Frances re setting up Mediation         | 0.10<br>675.00/hr | 67.50     |
| 02/29/24   | SL | Review notes and email messages re Prepare for mediation                          | 0.40<br>675.00/hr | 270.00    |
|            | SL | Conduct mediation session                                                         | 2.50<br>675.00/hr | 1,687.50  |
| 03/13/24   | SL | Review Aviva Francis email re follow up to document request and possible e offers | 0.10<br>675.00/hr | 67.50     |

            SUBTOTAL:                                              [    26.00      17,287.50]

            For professional services rendered                          26.00      $17,287.50

                        Atty/Para Summary

| Name                  | Hours | Rate   | Amount     |
|-----------------------|-------|--------|------------|
| Melanie A. FitzGerald | 1.20  | 625.00 | $750.00    |
| Salvatore LaMonica    | 24.50 | 675.00 | $16,537.50 |
| Salvatore LaMonica    | 0.30  | 0.00   | $0.00      |

|  | Amount |
|---|---:|
| Balance due | $17,287.50 |