Rosen, Tsionis & Pizzo
**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

------------

DEBORAH L. DOBBIN
DANIEL J. LEBRUN

November 11, 2026

**VIA CM/ECF ONLY**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re: Rachel One Holding Inc., Chapter 11 Case No. 23-42184-ess**
**Status Letter**

Dear Judge Stong:

The undersigned is counsel to the debtor, Rachel One Holding Inc., (the "Debtor") in the above Chapter 11 bankruptcy case. Please be advised that the Debtor and its lender has settled the matters in the pending motion to reopen the case, along with the Adversary Proceeding and the request for a TRO. We will be filing a Stipulation dismissing the Adversary Proceeding. There is no need for the hearing tomorrow afternoon. The Settlement Stipulation is being filed in the Foreclosure Action.

Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned. We thank the Court for conferencing this matter and assisting in the resolution of same.

Thank you.

Respectfully submitted,

<u>*/s/ Avrum J. Rosen*</u>
Avrum J. Rosen

cc: All counsel of record (by CM/ECF)